IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARR CLIFTON,

    Plaintiff,

v.

JOHN WILEY & SONS, INC.,

    Defendant.

No. C 13-02923 JSW

**ORDER TO SHOW CAUSE RE PENDING MOTION TO DISMISS**

Now before the Court is Defendant John Wiley & Sons, Inc.'s motion to dismiss six of the twelve registrations at issue in this matter. Defendant contends that four of the subject copyright registrations are invalid as a result of having been registered as Unpublished Single Work Registrations which improperly contain previously published works, and two of the subject copyright registrations are invalid as a result of having been registered as Published Single Work registrations which improperly contain works that were published prior to the stated date of publication.

It appears that the parties agree these errors would invalidate the current registrations. It also appears that Plaintiff Carr Clifton does not contest that the subject registrations were in error. Plaintiff merely contests whether the errors were intentional at the time of the registrations. The issue of scienter requires that the Court review evidentiary submissions. However, prior to converting the pending motion into a motion for summary judgment, the Court notes that Plaintiff has already contacted the Copyright Office in an effort to amend the subject registrations. (Opp. Br. at n.22.)

Accordingly, the Court HEREBY ISSUES this order to show cause to Plaintiff to respond in writing by no later than November 22, 2013, regarding the status of the six registrations subject to Defendant's motion and the status of his correspondence with the Copyright Office.

**IT IS SO ORDERED.**

Dated: November 14, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE