Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

Gregory N. Albright (SBN 145547)
Harmon & Seidman LLC
485 Dorset Street
Cambria, California 93428
Tel: (805) 927-2722
Fax: (805) 888-4676
E-mail: greg@harmonseidman.com

*Attorneys for Plaintiff Carr Clifton*

Steven D. Zansberg (No. 177528)
e-mail: szansberg@lskslaw.com
Christopher P. Beall (*pro hac vice*)
e-mail: cbeall@lskslaw.com
Levine Sullivan Koch & Schulz, LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
Phone: (303) 376-2400
Fax: (303) 376-2401

*Attorneys for Defendant John Wiley & Sons, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
OAKLAND COURTHOUSE

| | |
|---|---|
| CARR CLIFTON, | Case No. CV 13-02923-JSW |
| Plaintiff, | **[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN WILEY & SONS, INC., | |
| Defendant | |

1       The parties' ~~Joint Administrative Motion~~ stipulation for an Order Setting Case Management
2 Conference is granted.
3       On Friday, __December 5__, 2014, at 11:00 a.m., the parties shall appear in person
4 through lead counsel to discuss all items referred to in this Order and in the parties' Joint Case
5 Management Conference Statement (Doc. 35), and with authority to enter stipulations, to make
6 admissions and to agree to further scheduling dates.
7       ~~[In addition, the Court makes the further orders stated below:]~~

15 IT IS SO ORDERED.

17 Dated: __October 29__, 2014

19                              JEFFREY S. WHITE
20                              UNITED STATES DISTRICT JUDGE