**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARR CLIFTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN WILEY & SONS, INC.,<br><br>　　　　　Defendant. | Case No. CV 13-02923-JSW<br><br>**JOINT STIPULATION OF VOLUNTARILY DISMISSAL** |

### [PROPOSED] ORDER

The Court having received and considered the parties' stipulation for voluntary dismissal with prejudice,

**IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE**, and with the parties to bear their own costs and attorneys' fees on these claims.

DATED this 23rd day of January, 2015.

_____
United States District Judge

{00801086;v1}　　　ORDER RE　　　CV 13-02923-JSW